# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**THERESA BROOKE,**

CASE NO: **2:18–CV–01252–TLN–EFB**

v.

**S.A.V. TEXAS, LLC,**

_____

<u>**XX**</u> –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/29/18**

**Marianne Matherly**
Clerk of Court

ENTERED: **November 29, 2018**

by: /s/ A. Coll
Deputy Clerk